JANET M. HEROLD
Regional Solicitor
ANDREW J. SCHULTZ (CA #237231)
Counsel for Wage and Hour
KATHERINE E. CAMERON (WA #41777)
NISHA PAREKH (CA #318393)
ADRIANA AHUMADA (CA #274295)
Trial Attorneys
UNITED STATES DEPARTMENT OF LABOR
350 S. Figueroa Street, Suite 370
Los Angeles, CA 90071-1202
Telephone: (213) 894-3990
Parekh.Nisha@dol.gov
*Attorneys for Plaintiff Eugene Scalia,*
*United States Secretary of Labor*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE SCALIA,<br>Secretary of Labor,<br>United States Department of Labor,<br><br>                                  Plaintiff,<br><br>         v.<br><br>KP POULTRY, INC., et al.,<br>                                  Defendants. | Case No. 2:19-cv-03546-TJH-PLAx<br><br>**ORDER ON PARTIES' JOINT STIPULATION PRECLUDING INQUIRY INTO OR REFERENCE TO IMMIGRATION STATUS** |

The parties have stipulated that they shall not question non-party worker witnesses on topics that may reveal the immigration status of worker witnesses or anyone else.

Good cause appearing, the parties' stipulation is approved. During discovery, including depositions, and trial, Defendants and Plaintiff shall not question non-party worker witnesses about the immigration status of themselves or anyone else. Defendants and Plaintiff shall not ask about matters which could lead to information about or tend to reveal the immigration status of non-party worker witnesses or anyone else, including, but not limited to: their dates of arrival in the United States; immigration proceedings; change in their immigration status; their seeking or receiving immigration assistance; their work papers; whether or not they obtained or have Social Security numbers; what their Social Security number is; whether or not they hold a passport of any country; whether or not they hold a valid "green card" or work visa; and tax status or payment history.

**IT IS SO ORDERED.**

DATED: December 29, 2020

                                                                    *Paul L. Abrams*
                                                                    _____
                                                                    Honorable Paul L. Abrams
                                                                    United States Magistrate Judge