MARC A. PILOTIN
Regional Solicitor
KATHERINE E. CAMERON (WA #41777)
Associate Regional Solicitor
SONYA SHAO (CA #300832)
Senior Trial Attorney
NISHA PAREKH (CA #318393)
KATHRYN A. PANACCIONE (CA #332188)
Trial Attorneys
UNITED STATES DEPARTMENT OF LABOR
350 S. Figueroa St. Suite 370
Los Angeles California 90071
Panaccione.Kathryn.A@dol.gov
Tel: (213) 894-3950
*Attorneys for Plaintiff Julie A. Su,
United States Secretary of Labor*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE A. SU,[1]<br>Secretary of Labor,<br>United States Department of Labor,<br><br>                 Plaintiff,<br><br>  v.<br><br>KP POULTRY, INC., et al.,<br>                 Defendants. | Case No. 2:19-cv-03546-TJH-PLAx<br><br>**NOTICE OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AND PROSPECTIVE INJUNCTION AGAINST DEFENDANTS TL FOODS, INC., LILY "MEI" TSENG, JIMMY HUYNH, and EXPRESS POULTRY SERVICES, INC.**<br><br>Hon. Terry Hatter, Jr.<br><br>Hearing Date: April 10, 2023<br>UNDER SUBMISSION |

---

[1] Julie A. Su became Acting Secretary of Labor on March 13, 2023. Pursuant to Fed. R. Civ. P 25(d), the caption has been changed to reflect this.

NOTICE OF SECRETARY'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS TL FOODS, INC., LILY 'MEI' TSENG, JIMMY HUYNH, AND EXPRESS POULTRY SERVICES, INC.
Case No. 2:19-cv-03546-TJH-PLAx

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Rules 37 and 55 of the Federal Rules of Civil Procedure, counsel for Plaintiff Martin J. Walsh, Secretary of Labor, United States Department of Labor will move this Court on Monday, April 24, 2023, for Default Judgment against Defendants TL Foods, Inc., Lily "Mei" Tseng, Jimmy Huynh, and Express Poultry Services, Inc.

Respectfully submitted on March 30, 2023.

SEEMA NANDA
Solicitor of Labor

MARC A. PILOTIN
Regional Solicitor

KATHERINE E. CAMERON
Associate Regional Solicitor

SONYA SHAO
Senior Trial Attorney

*s/ Kathryn A. Panaccione*
KATHRYN A. PANACCIONE
NISHA PAREKH
Trial Attorneys

*Attorneys for Plaintiff Martin J. Walsh, United States Secretary of Labor*

---

NOTICE OF SECRETARY'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS TL FOODS, INC., LILY 'MEI' TSENG, JIMMY HUYNH, AND EXPRESS POULTRY SERVICES, INC.
Case No. 2:19-cv-03546-TJH-PLAx