UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 19-3546-CBM(PLAx)** | Date **APIL 18, 2023** |
| Title **R. Alexander Acosta v. KP Poultry, Inc. et al** | |

**Present: The Honorable**  TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **IN CHAMBERS - NOTICE TO ALL PARTIES OF COURT ORDER**

On the Court's own motion, the Jury Trial currently scheduled for April 18, 2023, is hereby vacated. No appearance is needed on April 18, 2023.

IT IS SO ORDERED.

cc: all parties