1

2

3

4

5

6

7

Name: Lily Tseng

Address: 3118 Paddy Ln

Baldwin Park, CA 91706

Phone: (626) 242-6189

Fax: _____

In Pro Per

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 1 4 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Julie A. Su

Plaintiff

v.

KP Poultry Inc., et al.,

Defendant(s).

CASE NUMBER:

2:19-CV-03546-TJH-PLAX

**MOTION FOR RECONSIDERATION**

CV-127 (09/09)                    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

Court's ordered the Tseng's default was the result of her failure to:

First factor:

1. *Comply with Local Rule 83-2.4, which requires her to keep the Court informed of her current address;*

    Answer:  I am, Lily Tseng, moved to the addresses:

    1) *First Address: 4937 Will Monte Ave, Temple City CA 91780, 06/2021-12/2022.* I moved to this address while the counsels withdraw filed because I did not have money to continue working with them. I did not understand English and did not know how to continue the case without counsels. So, I did not know what I should do at that time. Until a few months later, I attempted to call to the number on the Court's letter to find information. Lucky, one of the Deputy answered the phone and told me that I need to find attorneys and need to update the address. I did send the letter to update the address after I received the instruction from the Deputy. However, I could not find any attorney because I didn't have money. I kept calling the Deputy for advice and tried to find some office willing to help but none of the offices which were introduced accepting my Labor case. In about 6 months later, the Deputy sent a letter to me with information about A Pro Se Clinic which is able to help. I called the Clinic immediately but I still have to wait for a few month then I can have the first appointment and continue to wait for a week or more for any next appointments.

    2) *Second Address: 9536 Brockway St, El Monte, CA 91733, 01/2023-05/2023.* I, Lily Tseng, did inform this new address to the Court after moving. However, the owners received the letter from the Court, they did not allow me to stay there anymore because they didn't want to have tenant relating to the Labor case.

    3) *Third Address: 3118 Paddy Lane, Baldwin Park, CA 91706, 06/2023-Current.* I, Lily Tseng, did inform this new address to the Court after moving.

2. *File pretrial documents;*

    The file pretrial documents was happened during the period of time that I, Lily Tseng, did not have counsels helping. I did not have ability to file any documents by myself because I did not have enough English.

3. *Assist in the preparation of a joint proposed Final Pretrial Conference Order;*

    Assist in the preparation of a joint proposed Final Pretrial Conference Order was happened during the period of time that I, Lily Tseng, did not have counsels helping. I did not have ability to assist in the preparation by myself because I did not have enough English.

4. *Attend the Final Pretrial Conference.*

Attend the Final Pretrial Conference was happened during the period of time that I, Lily Tseng, did not have counsels helping.  I did not have ability to attend by myself because I did not have enough English.

*Tseng argued that her mental health was the cause of her prior inaction.  However, Tseng failed to provide any evidence to substantiate a diagnosed mental health condition or any treatment that she may have obtained.*

I went to my doctor for treatment of my mental illness and took prescription since February 2021.  I am still taking my medicine daily now.  (Please see the attachment of Certify slip from my Doctor)

Second factor:

*Tseng has the burden to provide facts that, if true, would constitute a meritorious defense.  See Aguilar, 782 F.3d at 1107.  Here, Tseng merely presented arguments regarding the manner in which the Department of Labor investigated the business practices of the Defendants.  She did not present any facts that, if true, would constitute a meritorious defense to the claims alleged against her.  Thus, Tseng failed to satisfy the second factor.*

I was trying to obtain a few documents which KP Poultry submitted to Department of Labor, the attorneys, and the Court before:

- Pictures from Camera:
- Picture #1: Inside workplace at 9:48:14 am dated 07/12/2018. The room was cleaned since the previous' day.  All the table and cutting boards were not touching yet; they were clean and empty.  The floor still clean.  This picture showing company was closed the whole day.
- Picture #2: Inside workplace at 2:59:38 pm dated 07/13/2018. The room was ready for cleaning.  All table cutting boards were empty of chicken and tools.  All employees were left for the day.  Three employees were there but they were not working and they were ready to leave.  This picture showing company was worked full day and stopped at around 3 pm.
- Pictures #3: Inside workplace at 12:09:03 pm dated 07/19/2018.  The room was ready for cleaning.  The table cutting board and the barrels were empty.  Three employees standing there but not working.  One of them was cleaning his boots and the cutting tools.  This picture showing company was worked haft day.

- Time cards of KP Poultry employees week ending 07/15/2018 and 07/22/2018:
- Laura Rojas: On time card week ended 07/15/18: She did not have any hour for date 07/12/2018 (closed); She punched time out at 2:25 pm on 07/13/2018.  She had total 25:15 hours for the week. Not any overtime.
  On time card week ended 07/22/18: She did not have any hour for date 07/18/2018 (closed); she punched time out at 11:30 am on 07/19/2018.  She had total 20:30 hours for the week. Not any overtime.

- Jose Aguila Rico:  On time card week ended 07/15/18: he did not have any hour for date 07/12/2018 (closed); he punched time out at 10:40 am on 07/13/2018.  He has total 16:45 hours for the week. Not any overtime.
  On time card week ended 07/22/18: he did not have any hour for date 07/17/2018 (either off or missed punch), 07/18/2018 (closed), and 07/20/2018 (either off or missed punch); he punched time out at 9:18 am on 07/19/2018.  He has total 6:15 hours for the week. Not any overtime.

- Yobani Ceron: On time card week ended 07/15/18: he did not have any hour for date 07/12/2018 (closed); he punched time out at 2:40 pm on 07/13/2018.  He has total 23:15 hours for the week. Not any overtime.
  On time card week ended 07/22/18: he did not have any hour for date 07/18/2018 (closed); he punched time out at 9:10 am on 07/19/2018.  He has total 19:30 hours for the week. Not any overtime.

- Hillario Ruiz: On time card week ended 07/15/18: he did not have any hour for date 07/11/2018 (off) and 07/12/2018 (closed); he punched time out at 2:55 pm on 07/13/2018. He has total 15:30 hours and 0:15 overtime for the week.
  On time card week ended 07/22/18: he did not have any hour for date 07/18/2018 (closed); he punched time out at 11:31 am on 07/19/2018.  He has total 19:00 hours for the week. Not any overtime.

- Agent's checks payment to KP Poultry employees week ending 07/15/2018 and 07/22/2018:

- Laura Rojas: Agent's check gross pay $377.30 for 25.25 hours week end 07/15/18 and $373.61 for 20.50 hours week end 07/22/2018.

- Jose Aguila Rico: Agent's check gross pay $232.35 for 16.75 hours week end 07/15/18 plus KP's check #4002 $205.95 which was cashed for him on 7/20/18 and reimbursed for Kevin Truong on September 2018 bank statement; and $140.86 for 10.50 hours week end 07/22/2018 plus KP's check #4039 $274.95 which was cashed for him on 7/26/18 and reimbursed for Kevin Truong on September 2018 bank statement.

- Yobani Ceron: Agent's check gross pay $473.56 for 23.25 hours week end 07/15/18 and $574.21 for 19.50 hours week end 07/22/2018.

- Hillario Ruiz: Agent's check gross pay $373.97 for 19.50 hours week end 07/15/18 and $444.00 for 19 hours week end 07/22/2018.


- Added KP's check payment to employees week ending 07/15/2018 and 07/22/2018:

  Laura Rojas: Time cards and payment from Agent's checks were accurate.  Not any correction nor any check from KP Poultry.

Jose Aguila Rico:
    Added KP's check #3893 amount $377.30 for week ended 07/08/18, which was cashed for him on 7/11/18 and reimbursed for Kevin Truong on September 2018 bank statement.
    Added KP's check #4002 $205.95 which was cashed for him on 7/20/18 and reimbursed for Kevin Truong on September 2018 bank statement.
    Added KP's check #4039 $274.95 which was cashed for him on 7/26/18 and reimbursed for Kevin Truong on September 2018 bank statement.
    Added KP's check #4063 $338.70 which was cashed for him on 7/31/18 and reimbursed for Kevin Truong on September 2018 bank statement.

Yobani Ceron: Time cards and payment from Agent's checks were accurate.  Not any correction nor any check from KP Poultry.

Hillario Ruiz: Time cards and payment from Agent's checks were accurate.  Not any correction nor any check from KP Poultry.

- Cash's receipts document with signature from employee Jose Aguila Rico week ending 07/08/2018, 07/15/2018, 07/22/2018, and 07/27/2018.

- A September Bank statement: This showing KP Poultry deposited all additional checks from employees after paid cash (which money was loan from Kevin Truong in advance) to them instead of; Also the cash withdrawal in the same amount to reimburse for the person that KP was loan cash from (such as Kevin Truong) on this statement.

Based on these documents were filed, I did not believe on any claim for less than minimum wage nor under payment of overtime from Department of Labor are corrected.

Signature:                                           Date: _____09/13/2023_____

Lily Tseng



# Wynn Medical Center

**Internal Medicine - Rheumatology - Dermatology**
9126 Valley Blvd, Suite B, Rosemead, CA 91770
Phone: (626) 573-9003 / (626) 316-8287 / Fax: (626) 573-0641

**Physical Therapy**
9120 Valley Blvd. Rosemead, CA 91770
Phone: (626) 316-8169 / Fax: (626) 573-0641

**www.wynnmedcenter.com**

### CERTIFY SLIP

September 12, 2023

To Whom It May Concern:

Patient: TSENG, LILY
DOB: 07/18/1966

This is to certify the above captioned patient was seen at our office on 09/23/2023 for medical appointment/visit/certification.

Diagnosis:

      (F41.1) Generalized anxiety disorder
      (F32.9) Major depressive disorder, single episode, unspecified
      (G47.00) Insomnia, unspecified
      (M54.16) Radiculopathy, lumbar region
      (M54.12) Radiculopathy, cervical region

The patient is currently undergoing treatment for anxiety, depression, and nerve pain and is prescribed Duloxetine HCl and Gabapentin for symptom management since February 2021.

Should you have any inquiries regarding the patient's medical conditions, please don't hesitate to reach out to our office.

Huynh Tran, MD, FACP

**I, Lily Tseng, hereby authorize the release of my confidential health information and understand that Wynn Medical Center will not be held responsible for the disclosure of this information.**

Patient's Signature: _____

Lily Tseng

1.



2.



3.



NO. _4 1_   PAY PERIOD ENDING _07-9-18_

NAME _Laura Rojas_   **1**

| DATE | DAY | SHIFT | IN | M | OUT | M | HOURS WORKED | ACCUMULATED HOURS | OVERTIME |
|------|-----|-------|-----|---|-----|---|--------------|-------------------|----------|
| 9MO |  |  | 5:58 |  | 9:12 |  | 3:15 | 3:15 |  |
| 9MO |  |  | 9:22 |  | 10:46 |  | 4:45 | 4:45 |  |
| 10TU |  |  | 6:01 |  | 9:40 |  | 3:45 | 8:30 |  |
| 10TU |  |  | 10:01 |  | 2:01 |  | 7:45 | 12:30 |  |
| 11WE |  |  | 6:05 |  | 10:48 |  | 4:45 | 17:15 |  |
|  |  |  |  |  |  |  |  |  |  |
| 13FR |  |  | 6:09 |  | 9:12 |  | 3:00 | 20:15 |  |
| 13FR |  |  | 9:25 |  | 2:25 |  | 8:00 | 28:15 |  |

MICRODER

016  AMANO

| Employee Name: | Rojas, Laura | | Gross Amount: | $675.05 | | Is DD: N | |
|---|---|---|---|---|---|---|---|
| SSN: | 536097685 | | Total Taxes: | $58.39 | | | |
| Check Number: | 17833217 | | Total Deductions: | $232.94 | | | |
| Check Date: | 07/20/18 | | Net Check: | $383.72 | | | |

| Week Worked | Customer - Department | Type | Units | Pay Rate | Total Pay |
|---|---|---|---|---|---|
| 7/9/2018 - 7/15/2018 | 509 KP - Corporate | Reg | 25.25 | $13.25 | $334.56 |
| 7/2/2018 - 7/8/2018 | 509 KP - Corporate | Reg | 19.00 | $13.25 | $251.75 |
| 7/9/2018 - 7/15/2018 | 509 KP - Corporate | Piece Rate | 1.00 | $42.74 | $42.74 |
| 7/2/2018 - 7/8/2018 | 509 KP - Corporate | Piece Rate | 1.00 | $46.00 | $46.00 |

| Tax Name | Taxable Gross | Tax Amount | Deduction Type | Amount | Benefit Type | Amount |
|---|---|---|---|---|---|---|
| CA WH | $675.05 | $0.00 | AdvanceBank | $232.94 | | |
| CALIFORNIA SDI EE | $675.05 | $6.75 | | | | |
| Federal Income Tax | $675.05 | $0.00 | | | | |
| FICA EE | $675.05 | $41.85 | | | | |
| MED EE | $675.05 | $9.79 | | | | |

| Bank Name | Acc Type | Routing # | Account # | Amount | Accrual Plan | Acc Units | Dep Units | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | Sick Leave_CA | 1.48 | 0.00 | 5.96 |

NO. #1 _____ PAY PERIOD ENDING 7-16-18

NAME Laura Rojas

**1**

| DATE | DAY | SHIFT | IN | I/M | OUT | I/M | HOURS WORKED | ACCUMULATED HOURS | OVERTIME |
|---|---|---|---|---|---|---|---|---|---|
| 16 | MO | | 6:03 | | 8:29 | | 2:30 | 2:30 | |
| 16 | MO | | 9:00 | | 11:03 | | 4:30 | 4:30 | |
| 17 | TU | | 7:24 | | 2:48 | | 7:15 | 11:45 | |
| | | | | | | | | | |
| 19 | TH | | 5:59 | | 8:56 | | 3:00 | 14:45 | |
| 19 | TH | | 9:17 | | 11:30 | | 5:15 | 17:00 | |
| 20 | FR | | 8:04 | | 11:29 | | 3:30 | 20:30 | |

Laura Rojas

MICRODER

| Employee Name: | Rojas, Laura | Gross Amount: | $373.61 | Is DD: N |
| SSN: | 536097685 | Total Taxes: | $32.32 | |
| Check Number: | 17833413 | Total Deductions: | $0.00 | |
| Check Date: | 07/27/18 | Net Check: | $341.29 | |

| Week Worked | Customer - Department | Type | Units | Pay Rate | Total Pay |
|---|---|---|---|---|---|
| 7/16/2018 - 7/22/2018 | 509 KP - Corporate | Reg | 20.50 | $13.25 | $271.63 |
| 7/16/2018 - 7/22/2018 | 509 KP - Corporate | Piece Rate | 1.00 | $101.98 | $101.98 |

| Tax Name | Taxable Gross | Tax Amount | Deduction Type | Amount | Benefit Type | Amount |
|---|---|---|---|---|---|---|
| CA WH | $373.61 | $0.00 | AdvanceBank | $0.00 | | |
| CALIFORNIA SDI EE | $373.61 | $3.74 | | | | |
| Federal Income Tax | $373.61 | $0.00 | | | | |
| FICA EE | $373.61 | $23.16 | | | | |
| MED EE | $373.61 | $5.42 | | | | |

| Bank Name | Acc Type | Routing # | Account # | Amount | Accrual Plan | Acc Units | Dep Units | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | Sick Leave_CA | 0.68 | 0.00 | 6.65 |

NO. 13   PAY PERIOD ENDING   7-9-18

NAME  Jose  Asuller  **1**

| DATE | DAY | SHIFT | IN | 1/2 M | OUT | 1/2 M | HOURS WORKED | ACCUMULATED HOURS | OVERTIME |
|---|---|---|---|---|---|---|---|---|---|
| 9 | MO | | 6:10 | | 10:57 | | 4:45 | 4:45 | |
| 10 | TU | | 6:14 | | 10:22 | | 4:00 | 8:45 | |
| 11 | WE | | 6:08 | | 9:41 | | 3:30 | 12:15 | |
| | | | | | | | | | |
| 13 | FR | | 6:14 | | 10:40 | | 4:30 | 16:45 | |

Jose Asuller

MICRODER

032   AMANO

| Employee Name: | Aguilar Rico, Jose | Gross Amount: | $415.80 | Is DD: N |
| SSN: | 612063049 | Total Taxes: | $35.97 | |
| Check Number: | 17833185 | Total Deductions: | $140.86 | |
| Check Date: | 07/20/18 | Net Check: | $238.97 | |

| Week Worked | Customer – Department | Type | Units | Pay Rate | Total Pay |
|---|---|---|---|---|---|
| 7/9/2018 - 7/15/2018 | 509 KP - Corporate | Reg | 16.75 | $13.25 | $221.94 |
| 7/2/2018 - 7/8/2018 | 509 KP - Corporate | Reg | 13.00 | $13.25 | $172.25 |
| 7/9/2018 - 7/15/2018 | 509 KP - Corporate | Piece Rate | 1.00 | $10.41 | $10.41 |
| 7/2/2018 - 7/8/2018 | 509 KP - Corporate | Piece Rate | 1.00 | $11.20 | $11.20 |

| Tax Name | Taxable Gross | Tax Amount | Deduction Type | Amount | Benefit Type | Amount |
|---|---|---|---|---|---|---|
| CA WH | $415.80 | $0.00 | AdvanceBank | $140.86 | | |
| CALIFORNIA SDI EE | $415.80 | $4.16 | | | | |
| Federal Income Tax | $415.80 | $0.00 | | | | |
| FICA EE | $415.80 | $25.78 | | | | |
| MED EE | $415.80 | $6.03 | | | | |

| Bank Name | Acc Type | Routing # | Account # | Amount | Accrual Plan | Acc Units | Dep Units | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | Sick Leave_CA | 0.99 | 0.00 | 8.78 |

NO. #13     PAY PERIOD 7-16-18
           ENDING

NAME   José P.Suilar      1

| DATE | DAY | SHIFT | IN | ! M | OUT | ! M | HOURS WORKED | ACCUMULATED | |
|------|-----|-------|-----|-----|-----|-----|--------------|-------|----------|
| | | | | | | | | HOURS | OVERTIME |
| 16TH | | | 6:17 | | 9:31 | | 2:15 | 2:15 | |
| 16TH | | | 9:02 | | 10:30 | | 5:45 | 3:45 | |
| 19TH | | | 6:15 | | 9:18 | | 3:00 | 6:45 | |

José P.Suilar

MICRODER

071  AMANO

| Employee Name: | Aguilar Rico, Jose | | Gross Amount: | $140.86 | | Is DD: N | |
| SSN: | 612063049 | | Total Taxes: | $12.18 | | | |
| Check Number: | 17833379 | | Total Deductions: | $0.00 | | | |
| Check Date: | 07/27/18 | | Net Check: | $128.68 | | | |

| Week Worked | Customer - Department | | Type | Units | Pay Rate | Total Pay |
|---|---|---|---|---|---|---|
| 7/16/2018 - 7/22/2018 | 509 KP - Corporate | | Reg | 10.50 | $13.25 | $139.13 |
| 7/16/2018 - 7/22/2018 | 509 KP - Corporate | | Piece Rate | 1.00 | $1.73 | $1.73 |

| Tax Name | Taxable Gross | Tax Amount | Deduction Type | Amount | Benefit Type | Amount |
|---|---|---|---|---|---|---|
| CA WH | $140.86 | $0.00 | AdvanceBank | $0.00 | | |
| CALIFORNIA SDI EE | $140.86 | $1.41 | | | | |
| Federal Income Tax | $140.86 | $0.00 | | | | |
| FICA EE | $140.86 | $8.73 | | | | |
| MED EE | $140.86 | $2.04 | | | | |

| Bank Name | Acc Type | Routing # | Account # | Amount | Accrual Plan | Acc Units | Dep Units | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | Sick Leave_CA | 0.35 | 0.00 | 9.13 |

507 CORALRIDGE PL
LA PUENTE, CA 91746

Date: _____7 - 11 - 18_____ for period  7/2/18 to 7/8/18

(Fecha)                              ( para period)
Return date: _____/_____
(Devolucion fecha)
My name is: _____Jose_____
(Nombre)

I am here to sign that I have received cash in the amount of: $ __377.30__
(Estoy aquí para firmar que he recibido en efectivo por la cantidad de)

Signature & Finger print:
(Firma y sustantivo huella)

_____Jose  A_____

KP POULTRY INC
807 CORALRIDGE PL
LA PUENTE CA 91746                                                            3083

                                                                  07/07/2018

PAY TO THE
ORDER OF   JOSE AGUILA RICO                                      $ 377.30

Three hundred seventy-seven and 30/100************************************** DOLLARS

          JOSE AGUILA RICO

MEMO
       WEEK 7/2/18

#3983    20180928                        $377.30

507 CORALRIDGE PL
LA PUENTE, CA 91746

Date: _7 · 20/8_ , for period  7/9/18 to 7/14/18

*(Fecha)*                    *( para period)*
Return date: _____ / _____
*(Devolucion fecha)*
My name is: _Jose_
*(Nombre)*

I am here to sign that I have received cash in the amount of: $ _205. 95_
*(Estoy aqui para firmar que he recibido en efectivo por la cantidad de)*

Signature & Finger print:
*(Firma y sustantivo huella)*

_Jose  A_



#4002      20180928           $205.95

507 CORALRIDGE PL
LA PUENTE, CA 91746

Date: 7-22-18, for period  7/16/18 TO 7/22/18

(Fecha)

Return date: _____ / _____

(Devolucion fecha)

My name is: _____

(Nombre)

I am here to sign that I have received cash in the amount of: $ 279.95

(Estoy aquí para firmar que he recibido en efectivo por la cantidad de)

Signature & Finger print:

(Firma y sustantivo huella)

---

KP POULTRY INC
507 CORALRIDGE PL
LA PUENTE CA 91746

4039

07/21/2018

PAY TO THE
ORDER OF   JOSE AGUILA RICO                          $**274.95

Two hundred seventy four and 95/100**************************************** DOLLARS

JOSE AGUILA RICO

MEMO   WEEK 7/16/18

#4039   20180928                              $274.95

507 CORALRIDGE PL
LA PUENTE, CA 91746

Date: _7-31-18_, for period  7/23/18 to 7/27/18

*(Fecha)*                    *( para period)*
Return date: _____/_____
*(Devolucion fecha)*
My name is: ___Jose___
*(Nombre)*

I am here to sign that I have received cash in the amount of: $ _338.70_
*(Estoy aquí para firmar que he recibido en efectivo por la cantidad de)*

Signature & Finger print:
(Firma y sustantivo huella)

___Jose A___

---

KP POULTRY INC
507 CORALRIDGE PL
LA PUENTE CA 91746

ROYAL BUSINESS BANK

4063

07/27/2018

PAY TO THE
ORDER OF     JOSE AGUILA RICO                               $338.70

Three hundred thirty-eight and 70/100**************************************  DOLLARS

JOSE AGUILA RICO

MEMO    WEEK 7/23/18

#004063  C122045037C 0230120917#

#4063        20180928              $338.70

NO. 7-9-18   PAY PERIOD ENDING

NAME Yobani Ceron

**1**

| DATE | DAY | SHFT | IN | I/M | OUT | I/M | HOURS WORKED | ACCUMULATED HOURS | OVERTIME |
|---|---|---|---|---|---|---|---|---|---|
| 9MO | | | 6:50 | | 10:50 | | 4:00 | 4:00 | |
| 10TU | | | 6:04 | | 9:53 | | 4:00 | 8:00 | |
| 10TU | | | 10:27 | | 2:11 | | 7:45 | 11:45 | |
| 11WE | | | 6:10 | | 9:38 | | 3:30 | 15:15 | |
| | | | | | | | | | |
| 13FR | | | 6:00 | | 6:00 | | 0:00 | 15:15 | |
| 13FR | | | 8:12 | | 1:35 | | 3:30 | 18:45 | |
| 13FR | | | 10:21 | | 2:40 | | 8:00 | 23:15 | |

MICRODER

035   AMANO

| Employee Name: | Ceron, Yobani | | Gross Amount: | $1,060.30 | | Is DD: N |
| SSN: | 603222012 | | Total Taxes: | $91.71 | | |
| Check Number: | 17833194 | | Total Deductions: | $487.18 | | |
| Check Date: | 07/20/18 | | Net Check: | $481.41 | | |

| Week Worked | Customer – Department | Type | Units | Pay Rate | Total Pay |
|---|---|---|---|---|---|
| 7/9/2018 - 7/15/2018 | 509 KP - Corporate | Reg | 23.25 | $13.25 | $308.06 |
| 7/2/2018 - 7/8/2018 | 509 KP - Corporate | Reg | 23.75 | $13.25 | $314.69 |
| 7/9/2018 - 7/15/2018 | 509 KP - Corporate | Piece Rate | 1.00 | $165.50 | $165.50 |
| 7/2/2018 - 7/8/2018 | 509 KP - Corporate | Piece Rate | 1.00 | $272.05 | $272.05 |

| Tax Name | Taxable Gross | Tax Amount | Deduction Type | Amount | Benefit Type | Amount |
|---|---|---|---|---|---|---|
| CA WH | $1,060.30 | $0.00 | AdvanceBank | $487.18 | | |
| CALIFORNIA SDI EE | $1,060.30 | $10.60 | | | | |
| Federal Income Tax | $1,060.30 | $0.00 | | | | |
| FICA EE | $1,060.30 | $65.74 | | | | |
| MED EE | $1,060.30 | $15.37 | | | | |

| Bank Name | Acc Type | Routing # | Account # | Amount | Accrual Plan | Acc Units | Dep Units | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | Sick Leave_CA | 1.57 | 0.00 | 9.80 |

NO. #8     PAY PERIOD ENDING 7-16-18

NAME Yobsal   coron

**1**

| DATE | DAY | SHIFT | IN | !M | OUT | !M | HOURS WORKED | ACCUMULATED HOURS | OVERTIME |
|------|-----|-------|-----|-----|------|-----|-------------|-------|----------|
| 16MO | | | 6:00 | | 8:30 | | 2:30 | 2:30 | |
| 16MO | | | 9:00 | | 9:05 | | 2:45 | 2:45 | |
| 16MO | | | 10:23 | | 1:03 | | 5:15 | 5:15 | |
| 17TU | | | 7:28 | | 9:45 | | 2:15 | 7:30 | |
| 17TU | | | 10:15 | | 2:24 | | 6:15 | 11:30 | |
| | | | | | | | | | |
| 19TH | | | 6:01 | | 9:10 | | 3:15 | 14:45 | |
| 20FR | | | 6:15 | | 10:56 | | 4:45 | 19:30 | |

MICRODER

092

| Employee Name: | Ceron, Yobani | | Gross Amount: | $574.21 | | Is DD: N | |
|---|---|---|---|---|---|---|---|
| SSN: | 603222012 | | Total Taxes: | $52.96 | | | |
| Check Number: | 17833387 | | Total Deductions: | $0.00 | | | |
| Check Date: | 07/27/18 | | Net Check: | $521.25 | | | |

| Week Worked | Customer - Department | Type | Units | Pay Rate | Total Pay |
|---|---|---|---|---|---|
| 7/16/2018 - 7/22/2018 | 509 KP - Corporate | Reg | 18.50 | $13.25 | $245.13 |
| 7/16/2018 - 7/22/2018 | 509 KP - Corporate | Piece Rate | 1.00 | $329.08 | $329.08 |

| Tax Name | Taxable Gross | Tax Amount | Deduction Type | Amount | Benefit Type | Amount |
|---|---|---|---|---|---|---|
| CA WH | $574.21 | $0.00 | AdvanceBank | $0.00 | | |
| CALIFORNIA SDI EE | $574.21 | $5.74 | | | | |
| Federal Income Tax | $574.21 | $3.29 | | | | |
| FICA EE | $574.21 | $35.60 | | | | |
| MED EE | $574.21 | $8.33 | | | | |

| Bank Name | Acc Type | Routing # | Account # | Amount | Accrual Plan | Acc Units | Dep Units | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | Sick Leave_CA | 0.62 | 0.00 | 10.42 |

NO. _12_   PAY PERIOD ENDING _7-9-18_

NAME _Hilario Ruiz_   **1**

| DATE | DAY | SHIFT | IN | !M | OUT | !M | HOURS WORKED | ACCUMULATED HOURS | OVERTIME |
|------|-----|-------|-----|----|-----|----|--------------|-------------------|----------|
| 9FO | | | 6:42 | | 10:40 | | 4:00 | 4:00 | |
| 10TU | | | 5:28 | | 10:06 | | 3:30 | 7:30 | |
| 11WE | | | 5:52 | | | | | | |
| | | | | | | | | | |
| 13FR | | | 6:10 | | 10:19 | | 4:00 | 11:30 | |
| 13FR | | | 10:47 | | 2:55 | | 8:15 | 13:30 | 0:15 |

MICRODER

034   AMANO

| Employee Name: | Ruiz, Hilario | | | Gross Amount: | $762.41 | | Is DD: N | |
|---|---|---|---|---|---|---|---|---|
| SSN: | 566584487 | | | Total Taxes: | $65.94 | | | |
| Check Number: | 17833219 | | | Total Deductions: | $320.40 | | | |
| Check Date: | 07/20/18 | | | Net Check: | $376.07 | | | |

| Week Worked | Customer - Department | Type | Units | Pay Rate | Total Pay |
|---|---|---|---|---|---|
| 7/9/2018 - 7/15/2018 | 509 KP - Corporate | Reg | 19.50 | $13.25 | $258.38 |
| 7/2/2018 - 7/8/2018 | 509 KP - Corporate | Reg | 16.75 | $13.25 | $221.94 |
| 7/9/2018 - 7/15/2018 | 509 KP - Corporate | Piece Rate | 1.00 | $115.59 | $115.59 |
| 7/2/2018 - 7/8/2018 | 509 KP - Corporate | Piece Rate | 1.00 | $166.50 | $166.50 |

| Tax Name | Taxable Gross | Tax Amount | | Deduction Type | Amount | | Benefit Type | Amount |
|---|---|---|---|---|---|---|---|---|
| CA WH | $762.41 | $0.00 | | AdvanceBank | $320.40 | | | |
| CALIFORNIA SDI EE | $762.41 | $7.62 | | | | | | |
| Federal Income Tax | $762.41 | $0.00 | | | | | | |
| FICA EE | $762.41 | $47.27 | | | | | | |
| MED EE | $762.41 | $11.05 | | | | | | |

| Bank Name | Acc Type | Routing # | Account # | Amount | | Accrual Plan | Acc Units | Dep Units | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Sick Leave_CA | 1.21 | 0.00 | 11.68 |

NO. #12   PAY PERIOD ENDING 7-16-18

NAME Hilario Ruiz

1

| DATE | DAY | SHIFT | IN | !M | OUT | !M | HOURS WORKED | ACCUMULATED HOURS | OVERTIME |
|------|-----|-------|-----|-----|-----|-----|-----|-----|-----|
| 16MO | | | 10:19 | | 2:12 | | 4:15 | 4:15 | |
| 17TU | | | 7:28 | | 10:24 | | 3:00 | 7:15 | |
| 17TU | | | 12:24 | | 2:45 | | 5:15 | 9:30 | |
| 19TH | | | 6:04 | | 11:31 | | 5:30 | 15:00 | |
| 20FR | | | 6:10 | | 10:08 | | 4:00 | 19:00 | |

MICRODER

069

AMANO

| Employee Name: | Ruiz, Hilario | | Gross Amount: | $444.00 | | Is DD: N |
| SSN: | 566584487 | | Total Taxes: | $38.41 | | |
| Check Number: | 17833414 | | Total Deductions: | $0.00 | | |
| Check Date: | 07/27/18 | | Net Check: | $405.59 | | |

| Week Worked | Customer - Department | Type | Units | Pay Rate | Total Pay |
|---|---|---|---|---|---|
| 7/16/2018 - 7/22/2018 | 509 KP - Corporate | Reg | 19.00 | $13.25 | $251.75 |
| 7/16/2018 - 7/22/2018 | 509 KP - Corporate | Piece Rate | 1.00 | $192.25 | $192.25 |

| Tax Name | Taxable Gross | Tax Amount | Deduction Type | Amount | Benefit Type | Amount |
|---|---|---|---|---|---|---|
| CA WH | $444.00 | $0.00 | AdvanceBank | $0.00 | | |
| CALIFORNIA SDI EE | $444.00 | $4.44 | | | | |
| Federal Income Tax | $444.00 | $0.00 | | | | |
| FICA EE | $444.00 | $27.53 | | | | |
| MED EE | $444.00 | $6.44 | | | | |

| Bank Name | Acc Type | Routing # | Account # | Amount | Accrual Plan | Acc Units | Dep Units | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | Sick Leave_CA | 0.63 | 0.00 | 12.31 |



**Royal Business Bank**
皇 佳 商 業 銀 行
660 South Figueroa Suite 1888
Los Angeles, California 90017

```
                                                    PAGE:      1
                                     ACCOUNT:    230127247  09/28/2018
                                     DOCUMENTS:     162
```

003933

```
          KP POULTRY INC
          (PAYROLL ACCOUNT)                              30
          P.O. BOX 1613                                   0
          ROSEMEAD CA  91770                             162
```

===============================================================================
```
SAN GABRIEL BRANCH                      TELEPHONE:626-307-7500
123 E VALLEY BLVD.  STE. 101
SAN GABRIEL CA 91776
```

===============================================================================
                    BUSINESS CHECKING ACCOUNT 230127247
===============================================================================

```
                                  LAST STATEMENT 08/31/18      33,935.49
MINIMUM BALANCE              3,054.81-      8 CREDITS         272,680.87
AVG AVAILABLE BALANCE       48,381.13     164 DEBITS         168,213.72
AVERAGE BALANCE             48,381.13  THIS STATEMENT 09/28/18 138,402.64
```

- - - - - - - OTHER CREDITS - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| CHK 4067 Internet Transfer from BUS 230104067 on 9/05/18 at 9:44:55 | 09/05 | 30,000.00 |
| MERCHANT CAPTURE DEPOSIT | 09/12 | 60,000.00 |
| MERCHANT CAPTURE DEPOSIT | 09/27 | 60,000.00 |
| MERCHANT CAPTURE DEPOSIT | 09/27 | 80,000.00 |
| MERCHANT CAPTURE DEPOSIT | 09/28 | 9,541.50 |
| MERCHANT CAPTURE DEPOSIT | 09/28 | 10,067.20 |
| MERCHANT CAPTURE DEPOSIT | 09/28 | 10,819.95 |
| MERCHANT CAPTURE DEPOSIT | 09/28 | 12,252.22 |

- - - - - - - - - CHECKS - - - - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| *09/18      10,000.00 | 3811*09/28       660.10 | 3957 09/28       520.15 |
| *09/27      31,860.42 | 3855*09/28       407.50 | 3958 09/28       610.00 |
| 3570*09/28       465.90 | 3947*09/28        87.10 | 3959 09/28       541.60 |
| 3605*09/28       300.25 | 3950*09/28       436.90 | 3960 09/28       702.55 |
| 3722 09/04      18,360.14 | 3952 09/28       126.95 | 3961 09/28       587.50 |
| 3723 09/04      18,630.16 | 3953 09/28       157.30 | 3962 09/28       364.05 |
| 3724 09/11      10,340.58 | 3954 09/28       329.15 | 3963 09/28       307.95 |
| 3725*09/11      16,331.55 | 3955 09/28       428.00 | 3964 09/28       579.00 |
| 3786*09/28          50.60 | 3956 09/28       303.45 | 3965 09/28       224.25 |

                    * * *  C O N T I N U E D  * * *





Z0030370-DDA

**Royal Business Bank**
皇佳商業銀行
660 South Figueroa Suite 1888
Los Angeles, California 90017

PAGE: 2
ACCOUNT: 230127247   09/28/2018
DOCUMENTS: 162

KP POULTRY INC

======================================================================
BUSINESS CHECKING ACCOUNT 230127247
======================================================================

- - - - - - - - - CHECKS - - - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 3966  09/28    224.75 | 4011  09/28    239.25 | 4057  09/28    192.50 |
| 3967  09/28    184.10 | 4012  09/28    200.40 | 4058  09/28    284.50 |
| 3968  09/28    148.35 | 4013  09/28    175.35 | 4059  09/28    193.40 |
| 3969  09/28    203.40 | 4014  09/28    335.00 | 4060  09/28     77.55 |
| 3970  09/28    314.45 | 4015  09/28    131.50 | 4061  09/28    173.25 |
| 3971  09/28    334.80 | 4016*09/28    453.10 | 4062  09/28    254.10 |
| 3972  09/28    228.45 | 4018*09/28    149.15 | 4063  09/28    338.70 |
| 3973  09/28    389.10 | 4020  09/28     63.50 | 4064  09/28    466.55 |
| 3974*09/28    149.80 | 4021  09/28    250.20 | 4065  09/28    287.50 |
| 3976  09/28    225.50 | 4022  09/28    161.45 | 4066  09/28    315.00 |
| 3977  09/28    151.80 | 4023  09/28    132.00 | 4067  09/28    170.70 |
| 3978  09/28     72.80 | 4024  09/28     94.15 | 4068  09/28    291.70 |
| 3979  09/28    149.95 | 4025  09/28    102.35 | 4069  09/28    128.90 |
| 3980  09/28    530.60 | 4026  09/28    153.55 | 4070  09/28    437.25 |
| 3981  09/28    123.20 | 4027  09/28    199.00 | 4071  09/28    246.82 |
| 3982  09/28    476.70 | 4028  09/28    196.00 | 4072  09/28    580.55 |
| 3983  09/28    377.30 | 4029  09/28    338.95 | 4073*09/28    244.25 |
| 3984  09/28    202.80 | 4030  09/28    151.30 | 4075  09/28    244.95 |
| 3985  09/28    210.50 | 4031  09/28     58.60 | 4076  09/28    326.60 |
| 3986  09/28    373.00 | 4032  09/28    135.30 | 4077  09/28    240.30 |
| 3987  09/28     61.60 | 4033  09/28    617.78 | 4078  09/28    345.35 |
| 3988  09/28    134.75 | 4034  09/28    175.70 | 4079  09/28    166.75 |
| 3989  09/28    124.65 | 4035  09/28    161.95 | 4080  09/28    163.90 |
| 3990  09/28    255.85 | 4036  09/28    246.95 | 4081  09/28    374.00 |
| 3991  09/28    138.35 | 4037  09/28     63.80 | 4082  09/28    415.10 |
| 3992  09/28    204.55 | 4038  09/28    474.65 | 4083  09/28    467.40 |
| 3993  09/28    154.70 | 4039  09/28    274.95 | 4084  09/28    263.45 |
| 3994  09/28    154.55 | 4040  09/28    120.60 | 4085  09/28    173.80 |
| 3995  09/28    253.35 | 4041  09/28     56.20 | 4086  09/28    208.40 |
| 3996  09/28    170.85 | 4042  09/28    140.80 | 4087  09/28    168.94 |
| 3997  09/28    230.25 | 4043  09/28    171.05 | 4088  09/28    310.20 |
| 3998  09/28    169.55 | 4044*09/28    451.45 | 4089  09/28    514.80 |
| 3999  09/28    367.15 | 4047  09/28    157.40 | 4090  09/28    631.55 |
| 4000  09/28    157.70 | 4048  09/28    477.95 | 4091  09/28    100.60 |
| 4001  09/28    106.30 | 4049  09/28    436.80 | 4092  09/28    333.30 |
| 4002  09/28    205.95 | 4050  09/28    255.06 | 4093  09/28    336.45 |
| 4003  09/28    302.20 | 4051  09/28    281.57 | 4094  09/28    176.55 |
| 4004  09/28    263.45 | 4052  09/28    286.75 | 4095  09/28    355.85 |
| 4005  09/28    148.95 | 4053  09/28    629.00 | 4096  09/28    404.50 |
| 4006*09/28    545.20 | 4054  09/28    301.15 | 4097  09/28    616.65 |
| 4008  09/28    453.75 | 4055  09/28    209.05 | 4098  09/28    257.50 |
| 4009*09/28    453.75 | 4056  09/28     74.00 | 4099  09/28    448.00 |

* * *  C O N T I N U E D  * * *





| | PAGE: | 3 |
|---|---|---|
| ACCOUNT: | 230127247 | 09/28/2018 |
| DOCUMENTS: | 162 | |

**Royal Business Bank**
皇佳商業銀行
660 South Figueroa Suite 1888
Los Angeles, California 90017

KP POULTRY INC

===============================================================================
BUSINESS CHECKING ACCOUNT 230127247
===============================================================================

- - - - - - - - CHECKS - - - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 4100 09/28       205.15 | 4103 09/28       162.85 | 4110*09/28       265.00 |
| 4101 09/28       237.95 | 4104 09/28       176.10 | 4113*09/28       164.45 |
| 4102 09/28       225.85 | 4105*09/28      252.70 | 4126 09/28       159.00 |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - OTHER DEBITS - - - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| PAY 7247 Internet Transfer to CHE 230104067 on 9/27/18 at 11:51:48 | 09/27 | 20,000.00 |
| SERVICE CHARGE | 09/28 | 10.00 |

- - - ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD - - -

TOTAL CHARGE FOR Maintenance Fee:            10.00

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

```
*****************************************************************************
*                         |   TOTAL FOR    |      TOTAL          *
*                         |   THIS PERIOD  |   YEAR TO DATE      *
*------------------------------------------------------------------*
* TOTAL OVERDRAFT FEES:   |     $.00       |       $.00          *
*------------------------------------------------------------------*
* TOTAL RETURNED ITEM FEES: |   $.00       |       $.00          *
*****************************************************************************
```

- - - - - - - DAILY BALANCE - - - - - - -

| DATE..........BALANCE | DATE..........BALANCE | DATE..........BALANCE |
|---|---|---|
| 09/04      3,054.81- | 09/12      60,273.06 | 09/28     138,402.64 |
| 09/05     26,945.19 | 09/18      50,273.06 | |
| 09/11        273.06 | 09/27     138,412.64 | |







| # | 20180918 | $10,000.00 |
| # | 20180927 | $31,860.42 |
| #3570 | 20180928 | $465.90 |
| #3605 | 20180928 | $300.25 |
| #3722 | 20180904 | $18,360.14 |
| #3723 | 20180904 | $18,630.16 |
| #3724 | 20180911 | $10,340.58 |
| #3725 | 20180911 | $16,331.55 |
| #3786 | 20180928 | $50.60 |
| #3811 | 20180928 | $660.10 |
| #3855 | 20180928 | $407.50 |
| #3947 | 20180928 | $87.10 |



#3950    20180928                    $436.90

#3952    20180928                    $126.95

#3953    20180928                    $157.30

#3954    20180928                    $329.15

#3955    20180928                    $428.00

#3956    20180928                    $303.45

#3957    20180928                    $520.15

#3958    20180928                    $610.00

#3959    20180928                    $541.60

#3960    20180928                    $702.55

#3961    20180928                    $587.50

#3962    20180928                    $364.05



| #3963 | 20180928 | $307.95 |
| #3964 | 20180928 | $579.00 |
| #3965 | 20180928 | $224.25 |
| #3966 | 20180928 | $224.75 |
| #3967 | 20180928 | $184.10 |
| #3968 | 20180928 | $148.35 |
| #3969 | 20180928 | $203.40 |
| #3970 | 20180928 | $314.45 |
| #3971 | 20180928 | $334.80 |
| #3972 | 20180928 | $228.45 |
| #3973 | 20180928 | $389.10 |
| #3974 | 20180928 | $149.80 |



#3976   20180928          $225.50

#3977   20180928          $151.80

#3978   20180928          $72.80

#3979   20180928          $149.95

#3980   20180928          $530.60

#3981   20180928          $123.20

#3982   20180928          $476.70

#3983   20180928          $377.30

#3984   20180928          $202.80

#3985   20180928          $210.50

#3986   20180928          $373.00

#3987   20180928          $61.60



| | | |
|---|---|---|
| #3988 | 20180928 | $134.75 |
| #3989 | 20180928 | $124.65 |
| #3990 | 20180928 | $255.85 |
| #3991 | 20180928 | $138.35 |
| #3992 | 20180928 | $204.55 |
| #3993 | 20180928 | $154.70 |
| #3994 | 20180928 | $154.55 |
| #3995 | 20180928 | $253.35 |
| #3996 | 20180928 | $170.85 |
| #3997 | 20180928 | $230.25 |
| #3998 | 20180928 | $169.55 |
| #3999 | 20180928 | $367.15 |



| | | |
|---|---|---|
| #4000 | 20180928 | $157.70 |
| #4001 | 20180928 | $106.30 |
| #4002 | 20180928 | $205.95 |
| #4003 | 20180928 | $302.20 |
| #4004 | 20180928 | $263.45 |
| #4005 | 20180928 | $148.95 |
| #4006 | 20180928 | $545.20 |
| #4008 | 20180928 | $453.75 |
| #4009 | 20180928 | $453.75 |
| #4011 | 20180928 | $239.25 |
| #4012 | 20180928 | $200.40 |
| #4013 | 20180928 | $175.35 |



| #4014 | 20180928 | $335.00 |
| #4015 | 20180928 | $131.50 |
| #4016 | 20180928 | $453.10 |
| #4018 | 20180928 | $149.15 |
| #4020 | 20180928 | $63.50 |
| #4021 | 20180928 | $250.20 |
| #4022 | 20180928 | $161.45 |
| #4023 | 20180928 | $132.00 |
| #4024 | 20180928 | $94.15 |
| #4025 | 20180928 | $102.35 |
| #4026 | 20180928 | $153.55 |
| #4027 | 20180928 | $199.00 |



| #4028 | 20180928 | $196.00 |
| #4029 | 20180928 | $338.95 |
| #4030 | 20180928 | $151.30 |
| #4031 | 20180928 | $58.60 |
| #4032 | 20180928 | $135.30 |
| #4033 | 20180928 | $617.78 |
| #4034 | 20180928 | $175.70 |
| #4035 | 20180928 | $161.95 |
| #4036 | 20180928 | $246.95 |
| #4037 | 20180928 | $63.80 |
| #4038 | 20180928 | $474.65 |
| #4039 | 20180928 | $274.95 |



#4040   20180928   $120.60
#4041   20180928   $56.20
#4042   20180928   $140.80
#4043   20180928   $171.05
#4044   20180928   $451.45
#4047   20180928   $157.40
#4048   20180928   $477.95
#4049   20180928   $436.80
#4050   20180928   $255.06
#4051   20180928   $281.57
#4052   20180928   $286.75
#4053   20180928   $629.00



#4054    20180928            $301.15

#4055    20180928            $209.05

#4056    20180928            $74.00

#4057    20180928            $192.50

#4058    20180928            $284.50

#4059    20180928            $193.40

#4060    20180928            $77.55

#4061    20180928            $173.25

#4062    20180928            $254.10

#4063    20180928            $338.70

#4064    20180928            $466.55

#4065    20180928            $287.50



| | | |
|---|---|---|
| #4066 | 20180928 | $315.00 |
| #4067 | 20180928 | $170.70 |
| #4068 | 20180928 | $291.70 |
| #4069 | 20180928 | $128.90 |
| #4070 | 20180928 | $437.25 |
| #4071 | 20180928 | $246.82 |
| #4072 | 20180928 | $580.55 |
| #4073 | 20180928 | $244.25 |
| #4075 | 20180928 | $244.95 |
| #4076 | 20180928 | $326.60 |
| #4077 | 20180928 | $240.30 |
| #4078 | 20180928 | $345.35 |



#4079    20180928    $166.75

#4080    20180928    $163.90

#4081    20180928    $374.00

#4082    20180928    $415.10

#4083    20180928    $467.40

#4084    20180928    $263.45

#4085    20180928    $173.80

#4086    20180928    $208.40

#4087    20180928    $168.94

#4088    20180928    $310.20

#4089    20180928    $514.80

#4090    20180928    $631.55



#4091   20180928   $100.60

#4092   20180928   $333.30

#4093   20180928   $336.45

#4094   20180928   $176.55

#4095   20180928   $355.85

#4096   20180928   $404.50

#4097   20180928   $616.65

#4098   20180928   $257.50

#4099   20180928   $448.00

#4100   20180928   $205.15

#4101   20180928   $237.95

#4102   20180928   $225.85



#4103    20180928        $162.85

#4104    20180928        $176.10

#4105    20180928        $252.70

#4110    20180928        $265.00

#4113    20180928        $164.45

#4126    20180928        $159.00

41,860.42

THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

**BEFORE YOU START-**

PLEASE BE SURE YOU HAVE ENTERED IN YOUR REGISTER ALL AUTOMATIC TRANSACTIONS SHOWN ON THE FRONT OF YOUR STATEMENT.

| WITHDRAWALS OUTSTANDING - NOT CHARGED TO ACCOUNT | |
|---|---|
| No. | $ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | $ |

YOU SHOULD HAVE ADDED IF ANY OCCURRED:
1. Loan advances
2. Credit memos.
3. Other automatic deposits.

YOU SHOULD HAVE SUB-TRACTED IF ANY OCCURRED:
1. Automatic loan payments.
2. Automatic savings transfers.
3. Service charges.
4. Debit memos.
5. Other automatic deductions and payments

BALANCE SHOWN ON THIS STATEMENT      $ _____

ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)      $ _____

_____

_____

TOTAL      $ _____

SUBTRACT –

WITHDRAWALS OUTSTANDING      $ _____

BALANCE      $ _____

SHOULD AGREE WITH YOUR REGISTER BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

Please examine immediately and report if incorrect. If no reply is received within 60 days the account will be considered correct.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In case of errors or questions about your electronic transfers telephone us at the phone number listed on the front, or write us at the address listed on the front as soon as you can. If you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information
(3) Tell us the dollar amount of the suspected error.
If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**Check 21 Notification**

If you request the return of your original checks you may receive a "Substitute Check" in response. The Substitute Check is the legal equivalent of an original check and you have rights that apply when you believe, in good faith, that a Substitute Check was not properly charged to your account. Contact your branch or call the number on the front of this statement to request a Check 21 disclosure.

**FAIR CREDIT REPORTING ACT FURNISHING NEGATIVE INFORMATION NOTICE**

We may report information about your account to credit bureaus. Late payment, missed payment, or other defaults on your account may be reflected on your credit report.