MARC A. PILOTIN
Regional Solicitor
KATHERINE E. CAMERON (WA #41777)
Associate Regional Solicitor
SONYA SHAO (CA #300832)
Senior Trial Attorney
NISHA PAREKH (CA #318393)
KATHRYN PANACCIONE (CA #332188)
Trial Attorneys
UNITED STATES DEPARTMENT OF LABOR
350 S. Figueroa Street, Suite 370
Los Angeles, CA 90071-1202
Parekh.Nisha@dol.gov
Tel: (213) 894-3990
*Attorneys for Plaintiff Julie A. Su,*
*Acting United States Secretary of Labor*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE A. SU<br>Acting Secretary of Labor,<br>United States Department of Labor,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br>KP POULTRY, INC., et al.,<br>　　　　　　　　　Defendants. | Case No. 2:19-cv-03546-TJH-PLAx<br><br>**SUPPLEMENTAL EXHIBIT 1 TO CONSENT JUDGMENT AS TO DEFENDANT AIWA TANG-TON ONLY (Dkt. 273)**<br><br>Hon. Terry J. Hatter, Jr. |

　　　Plaintiff hereby files this Supplemental Exhibit 1, listing the amount of back wages and liquidated damages to be paid to those individuals listed on Exhibit 1 to the Consent Judgment and Order as to Defendant Aiwa Tang-Ton, Dkt. 273. The Court's Judgment and Order requires Plaintiff to file this Supplement within one

year of the March 10, 2023, entry of the Consent Judgment. Dkt. 273 at p. 4:21-26.

DATED:  September 25, 2023

Respectfully submitted,

SEEMA NANDA
Solicitor of Labor

MARC A. PILOTIN
Regional Solicitor

KATHERINE E. CAMERON
Associate Regional Solicitor

SONYA SHAO
Senior Trial Attorney

*/s/ Nisha Parekh*
NISHA PAREKH
Trial Attorney

KATHRYN PANACCIONE
Trial Attorney

*Attorneys for Plaintiff Julie A. Su,*
*Acting Secretary of Labor*

---

EXHIBIT 1 TO CONSENT JUDGMENT AS TO AIWA TANG-TON ONLY
Case No. 2:19-cv-03546-TJH-PLAx                                                                                    Page 2

# SUPPLEMENT - EXHIBIT 1
## *EMPLOYEE LIST*

| First Name | Last Name | Period Start | Period End | Back Wages | Liquidated Damages | TOTAL |
|---|---|---|---|---|---|---|
| Jorge | Aguilar Rico | 12/31/2016 | 11/3/2018 | $296.42 | $296.42 | $592.84 |
| Jose | Aguilar Rico | 1/16/2016 | 6/28/2020 | $10,651.94 | $10,651.94 | $21,303.89 |
| Sergio | Aguilar Rico | 12/19/2015 | 12/22/2018 | $2,352.10 | $2,352.10 | $4,704.19 |
| Adela | Andrade | 3/26/2016 | 12/22/2018 | $2,868.14 | $2,868.14 | $5,736.28 |
| Ivan | Andrade | 7/2/2016 | 5/27/2017 | $438.10 | $438.10 | $876.21 |
| Jaime | Andrade | 3/26/2016 | 12/22/2018 | $3,131.80 | $3,131.80 | $6,263.60 |
| Emi Israel | Banuelos | 11/14/2015 | 6/16/2018 | $292.80 | $292.80 | $585.59 |
| Sergio | Bañuelos | 5/19/2018 | 2/24/2019 | $1,197.04 | $1,197.04 | $2,394.09 |
| Erminia | Carrillo | 2/4/2017 | 9/22/2019 | $1,239.04 | $1,239.04 | $2,478.07 |
| Alberto | Castenada | 8/27/2016 | 4/19/2020 | $3,366.95 | $3,366.95 | $6,733.89 |
| Cesar | Castro Puebla | 5/28/2016 | 10/22/2016 | $208.65 | $208.65 | $417.31 |
| Estela | Castro Ramos | 3/26/2016 | 12/22/2018 | $315.35 | $315.35 | $630.71 |
| Yobani | Ceron | 1/16/2016 | 6/14/2020 | $9,352.94 | $9,352.94 | $18,705.89 |
| Araceli | Cervantes | 3/5/2016 | 4/19/2020 | $7,485.91 | $7,485.91 | $14,971.81 |
| Pau | Chang | 3/19/2016 | 3/29/2020 | $2,445.93 | $2,445.93 | $4,891.86 |
| Fidencio | Correa | 4/1/2017 | 6/30/2019 | $943.63 | $943.63 | $1,887.25 |
| Fabian | Equihua | 2/18/2017 | 7/15/2017 | $823.24 | $823.24 | $1,646.48 |
| Marco | Flores | 4/28/2018 | 8/11/2018 | $53.61 | $53.61 | $107.23 |
| Jorge | Gaxiola | 6/23/2018 | 4/26/2020 | $555.10 | $555.10 | $1,110.21 |
| Jose Daniel | Godines | 9/1/2018 | 12/1/2018 | $305.89 | $305.89 | $611.78 |
| Ricardo | Gomez | 1/9/2016 | 4/1/2017 | $272.72 | $272.72 | $545.43 |
| Noe | Granados | 10/31/2015 | 3/29/2020 | $4,112.95 | $4,112.95 | $8,225.89 |

| # | First | Last | Start | End | Amt1 | Amt2 | Total |
|---|---|---|---|---|---|---|---|
| 1 | Juan | Guillen | 3/5/2016 | 10/6/2019 | $1,505.57 | $1,505.57 | $3,011.14 |
| 2 | Candelaria | Hernandez | 3/12/2016 | 8/12/2017 | $313.58 | $313.58 | $627.15 |
| 3 | Rogelio Perez | Hernandez | 4/22/2017 | 12/29/2017 | $334.80 | $334.80 | $669.60 |
| 4 | Jorge | Indalecio Jacobo | 1/30/2016 | 8/12/2017 | $1,170.11 | $1,170.11 | $2,340.21 |
| 5 | Reynaldo | Lopez | 4/2/2016 | 3/29/2020 | $3,561.19 | $3,561.19 | $7,122.39 |
| 6 | Senen | Lopez | 8/4/2019 | 6/14/2020 | $623.69 | $623.69 | $1,247.37 |
| 7 | Reynaldo | Luna Mares | 1/16/2016 | 4/26/2020 | $5,761.59 | $5,761.59 | $11,523.18 |
| 8 | Cecilia | Macias | 11/3/2018 | 12/1/2018 | $113.44 | $113.44 | $226.89 |
| 9 | Francisco M | Magaña | 6/16/2019 | 4/26/2020 | $375.47 | $375.47 | $750.94 |
| 10 | Gustavo | Magaña | 1/16/2016 | 6/28/2020 | $8,271.93 | $8,271.93 | $16,543.86 |
| 11 | Pedro | Magaña | 1/30/2016 | 10/14/2017 | $846.97 | $846.97 | $1,693.95 |
| 12 | Angelina | Maroquin | 2/6/2016 | 4/26/2020 | $4,532.43 | $4,532.43 | $9,064.86 |
| 13 | Antonio | Martinez | 1/16/2016 | 6/28/2020 | $6,319.19 | $6,319.19 | $12,638.38 |
| 14 | Brandon | Martinez | 6/16/2018 | 8/11/2018 | $35.81 | $35.81 | $71.62 |
| 15 | Janet | Martinez | 3/19/2016 | 6/21/2020 | $309.98 | $309.98 | $619.96 |
| 16 | Jorge | Martinez | 1/16/2016 | 10/7/2017 | $739.86 | $739.86 | $1,479.73 |
| 17 | Maria | Martinez | 1/16/2016 | 12/15/2018 | $2,756.84 | $2,756.84 | $5,513.68 |
| 18 | Rafael | Martinez | 3/5/2016 | 6/28/2020 | $4,014.44 | $4,014.44 | $8,028.87 |
| 19 | Refugio | Martinez | 1/16/2016 | 2/2/2020 | $2,784.21 | $2,784.21 | $5,568.41 |
| 20 | Daniela | Martinez Saldivar | 3/19/2016 | 6/21/2020 | $124.28 | $124.28 | $248.57 |
| 21 | Daniel | Mendez | 10/31/2015 | 6/28/2020 | $2,589.96 | $2,589.96 | $5,179.92 |
| 22 | Oscar | Mendez | 3/26/2016 | 6/14/2020 | $2,460.46 | $2,460.46 | $4,920.92 |
| 23 | Maria | Mendoza | 3/19/2016 | 7/1/2017 | $237.95 | $237.95 | $475.89 |
| 24 | Ana Luisa | Mesa | 3/18/2017 | 4/26/2020 | $4,338.18 | $4,338.18 | $8,676.36 |
| 25 | Hermelinda | Munguia | 12/19/2015 | 4/5/2020 | $3,180.53 | $3,180.53 | $6,361.06 |
| 26 | Carina | Ochoa | 1/23/2016 | 6/21/2020 | $761.31 | $761.31 | $1,522.61 |
| 27 | Gerardo | Palomar | 10/31/2015 | 10/21/2017 | $1,811.24 | $1,811.24 | $3,622.48 |
| 28 | Juan | Palomar | 10/31/2015 | 12/24/2016 | $1,362.38 | $1,362.38 | $2,724.75 |

| # | First | Last | Date1 | Date2 | Amt1 | Amt2 | Total |
|---|---|---|---|---|---|---|---|
| 1 | Rodolfo | Palomar | 10/31/2015 | 10/7/2017 | $709.23 | $709.23 | $1,418.47 |
| 2 | Jose Alberto | Palomar Munoz | 10/31/2015 | 8/27/2016 | $524.59 | $524.59 | $1,049.18 |
| 3 | Juana | Perez | 3/12/2016 | 6/28/2020 | $9,126.94 | $9,126.94 | $18,253.87 |
| 4 | Laura | Perez | 3/12/2016 | 6/28/2020 | $20.01 | $20.01 | $40.02 |
| 5 | Rafael | Perez | 1/30/2016 | 8/26/2017 | $2,613.70 | $2,613.70 | $5,227.40 |
| 6 | Laura | Pinzon | 1/16/2016 | 6/28/2020 | $7,812.83 | $7,812.83 | $15,625.66 |
| 7 | Brenda | Ramos | 10/6/2019 | 4/12/2020 | $58.72 | $58.72 | $117.44 |
| 8 | Julio | Ramos | 1/30/2016 | 12/22/2018 | $2,074.60 | $2,074.60 | $4,149.21 |
| 9 | Laura | Rojas | 1/16/2016 | 10/27/2019 | $1,730.39 | $1,730.39 | $3,460.79 |
| 10 | Emmanuel | Rojo | 1/16/2016 | 6/21/2020 | $2,149.96 | $2,149.96 | $4,299.93 |
| 11 | Yovanna | Rojo | 3/19/2016 | 1/14/2017 | $285.05 | $285.05 | $570.10 |
| 12 | Jose Luis | Rueda | 5/7/2016 | 6/30/2019 | $2,406.87 | $2,406.87 | $4,813.73 |
| 13 | Hilario | Ruiz | 2/27/2016 | 4/19/2020 | $6,299.32 | $6,299.32 | $12,598.65 |
| 14 | Ramiro | Sanchez Cabral | 3/19/2016 | 6/20/2020 | $375.00 | $375.00 | $750.00 |
| 15 | Alexis | Tapia | 1/16/2016 | 6/2/2018 | $999.61 | $999.61 | $1,999.22 |
| 16 | Hector | Tinoco | 10/31/2015 | 4/5/2020 | $3,820.19 | $3,820.19 | $7,640.38 |
| 17 | Byron | Veliz Castellanos | 5/14/2016 | 6/23/2018 | $445.68 | $445.68 | $891.37 |
| 18 | Jesus | Villarreal | 1/16/2016 | 3/26/2016 | $358.83 | $358.83 | $717.65 |
| 19 | | | | **TOTALS** | **$155,759.15** | **$155,759.15** | **$311,518.30** |