MARC A. PILOTIN
Regional Solicitor
KATHERINE E. CAMERON (WA #41777)
Associate Regional Solicitor
NISHA PAREKH (CA #318393)
SONYA SHAO (CA #300832)
KATHRYN PANACCIONE (CA #332188)
Trial Attorneys
UNITED STATES DEPARTMENT OF LABOR
350 S. Figueroa Street, Suite 370
Los Angeles, CA 90071-1202
Telephone: (213) 894-3950
Panaccione.Kathryn.A@dol.gov
*Attorneys for Plaintiff Julie A. Su,
Acting United States Secretary of Labor*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE A. SU,<br>    Acting Secretary of Labor,<br>    United States Department of Labor,<br><br>                            Plaintiff,<br>    v.<br><br>KP POULTRY, INC., et al.,<br>                           Defendants. | Case No. 2:19-cv-03546-TJH-PLAx<br><br>**OPPOSITION TO DEFENDANT LILY "MEI" TSENG'S MOTION FOR RECONSIDERATION (DKT. 293)**<br><br>Hon. Terry J. Hatter, Jr.<br><br>UNDER SUBMISSION |

Defendant Tseng's Motion for Reconsideration should be denied because it fails to comply with Local Civil Rule 7-18 in various ways. First, it was not filed within 14 days of entry of this Court's Order, and it does not argue or present facts that show that Defendant Tseng had good cause for the failure to timely file the motion. On August 25, 2023, the Court granted Plaintiff's Motion for Reconsideration and denied Defendant Tseng's Motion to Set Aside Default Judgment. Dkt. 288. On August 28, 2023, the Court entered an Amended Order, Default Judgment and Injunction (Dkt. 289), which closed the case. Defendant Tseng did not file her Motion for Reconsideration until September 14, 2023, which was 20 days after the Court's August 25th Orders and 17 days after the Court closed the case.

Second, the Motion does not address the standard required for a Motion for Reconsideration and does not present facts relevant to any of the three grounds on which a party can move for a Motion for Reconsideration under Local Rule 7-18.

Accordingly, the Acting Secretary respectfully requests that the Court deny Defendant Tseng's Motion for Reconsideration (Dkt. 293).

Respectfully submitted on November 27 2023,

SEEMA NANDA
Solicitor of Labor

MARC A. PILOTIN
Regional Solicitor

KATHERINE E. CAMERON
Associate Regional Solicitor

SONYA SHAO
Senior Trial Attorney

*s/ Kathryn A. Panaccione*
KATHRYN A. PANACCIONE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NISHA PAREKH
Trial Attorneys

*Attorneys for Plaintiff Julie A. Su, Acting United States Secretary of Labor*

## CERTIFICATE OF SERVICE

I, YVETTE HOFFMAN, am a citizen of the United States of America and am over eighteen years of age. I am not a party to the within action; my business address is 312 NORTH SPRING STREET, SUITE 720, LOS ANGELES, CA 90012. On this date, I served the Acting Secretary's Opposition to Defendant Lily "Mei" Tseng's Motion for Reconsideration (Dkt. 293) via UPS to the addresses below:

TL Foods, Inc.
3118 Baldwin Lane
Baldwin Park, CA 91706
USPS Tracking No.

Lily Tseng
3118 Baldwin Lane
Baldwin Park, CA 91706
USPS Tracking No.

I certify that the foregoing is true and correct. Executed November 27, 2023.

*/s/Yvette Hoffman*
YVETTE HOFFMAN
United States Department of Labor